29 So.2d 900

**Chicken LEWIS v. STATE.**
**8 Div. 544.**

Court of Appeals of Alabama.
Oct. 29, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

33 So.2d 279

**John E. (alias John, alias John Earl) LEWIS v. STATE.**
**6 Div. 501.**

Court of Appeals of Alabama.
Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

29 So.2d 900

**Bill LIGHTNER v. STATE.**
**4 Div. 988.**

Court of Appeals of Alabama.
Nov. 19, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

32 So.2d 184

**Louis LINNEN v. STATE.**
**6 Div. 380.**

Court of Appeals of Alabama.
May 6, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

32 So.2d 184

**Louis LINNEN v. STATE.**
**6 Div. 381.**

Court of Appeals of Alabama.
May 20, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

33 So.2d 279

**John Everett LISHMAN v. STATE.**
**6 Div. 500.**

Court of Appeals of Alabama.
Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.